# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RAYMOND F. GRANDCHAMP III, an individual residing in the Town of Richmond, County of Washington, and State of Rhode Island, | : : : : : |
| and | : : |
| LAURIE A. GRANDCHAMP, an individual residing in the Town of Richmond, County of Washington, and State of Rhode Island, | : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| ROLL-A-COVER INTERNATIONAL, a Connecticut limited liability company, with a principal place of business in the Town of Bethany, in the County of New Haven, State of Connecticut, | : : : : : : |
| Defendant. | : |

Civ. A. No. 1:22-cv-00026-WES

## **STIPULATION**

Plaintiffs, Raymond F. Grandchamp III and Laurie A. Grandchamp, and Defendant, Roll-A-Cover International ("RAC"), hereby stipulate and agree by and through their undersigned counsel that all claims, counterclaims, counts, and causes of action in the above-captioned matter are hereby dismissed with prejudice, no costs or fees to award.

1

| | |
|---|---|
| Plaintiffs,<br>RAYMOND F. GRANDCHAMP III and<br>LAURIE A. GRANDCHAMP,<br>By their attorneys, | Defendant,<br>ROLL-A-COVER INTERNATIONAL,<br>By its attorneys, |
| /s/ George F. Burns<br>George F. Burns Esq. #709<br>Bernstein Shur<br>100 Middle Street; P.O. Box 9729<br>Portland, Maine 04104<br>Telephone: (207) 228-7127<br>Facsimile: (207) 774-1127<br>Email: gburns@bernsteinshur.com | /s/ Theresa L. Sousa<br>Theresa L. Sousa, Esq. #7745<br>Bianchi Brouillard Sousa & O'Connell, P.C.<br>56 Pine Street, Suite 250<br>Providence, RI 02903<br>Telephone: (401) 223-2990<br>Facsimile: (877) 548-4539<br>Email: tsousa@bbsolaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed electronically and is available for viewing and downloading from the ECF system. I further certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 13, 2023.

/s/ Theresa L. Sousa
Theresa L. Sousa, Esq.